John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
548 Market Street, PMB 66906
San Francisco, CA. 94104-5401
Phone: 310-855-3727
Email: jk@tl4j.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," PIKE'S PLACE PROBATE SERVICES, Conservator for "SIERRA", "JANE DOE" as court appointed conservator for "SKYLAR" a minor, "MAUREEN," WILLIAM L.E DUSSAULT as Guardian ad Litem for "VIOLET," minor, "JANE ROE," as next friend for "PIA," a minor, "MYA," "AVA," "FIONA," "JENNY," "MARY DOE" as next friend for "ANNA, a minor" and "MARY SMITH" as next friend for "APRIL," a minor.<br><br>            Plaintiffs,<br><br>v.<br><br>EUGENE EDWARD JUNG,<br><br>            Defendant. | Case No:  3:21-cv-09907<br><br>STATUS REPORT RE: SERVICE OF THE FIRST AMENDED COMPLAINT |

Pursuant to Order of the Court dated March 7, 2022 [Doc. 12], Plaintiffs provide this Status Report regarding Service of the First Amended Complaint.

///

STATUS REPORT RE: SERVICE
OF FIRST AMENDED COMPLAINT - 1

**DECLARATION OF JOHN A. KAWAI**

I, John A. Kawai, hereby declare:

1. I am attorney of record for Plaintiffs in the present action. As such, I attest to the matters herein of my own personal knowledge, and if called upon to testify, could and would competently do so under oath.

2. I filed the original Complaint in this matter on December 21, 2021. However, shortly thereafter, I learned from my co-counsel Carol L. Hepburn that some of the information regarding Plaintiffs needed to be updated and a First Amended Complaint filed. I held off on service of the original Complaint in the interim.

3. I filed the First Amended Complaint ("FAC") on January 26, 2022. Shortly thereafter, I sent the FAC out for service through a private vendor. The defendant in this case is currently incarcerated for the child sex abuse imagery violations that are the subject of this civil suit in FCI Lompoc in Santa Barbara County. My office failed to clarify with the vendor that the prison would require that they have the Santa Barbara County Sheriff's Office ("Sheriff's Office") physically serve the paperwork on the prison.

4. The vendor made an attempt to deliver the FAC directly to the prison, and the prison advised them that they would accept service only through the Sheriff's Office. The vendor had me mail them a form with "wet ink" signature for the Sheriff's Office to serve the paperwork.

5. This vendor notified me on Thursday, March 3, 2022, that they had taken everything to the Sheriff's Office, but the Sheriff's Office informed them that they make only one trip to the prison each month, and their next visit to the prison would be in "early April."

6. Therefore, I expect to have service accomplished no later than the middle of April.

7. I apologize to the Court for the inconvenience caused by this delay in the proceedings.

STATUS REPORT RE: SERVICE
OF FIRST AMENDED COMPLAINT - 2

I declare under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of March, 2022, in Ventura, California.

                                                  JOHN A. KAWAI

STATUS REPORT RE: SERVICE
OF FIRST AMENDED COMPLAINT - 3