John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
548 Market Street, PMB 66906
San Francisco, CA. 94104-5401
Phone: 310-855-3727
Email: jk@tl4j.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," PIKE'S PLACE PROBATE SERVICES, Conservator for "SIERRA", "JANE DOE" as court appointed conservator for "SKYLAR" a minor, "MAUREEN," WILLIAM L.E DUSSAULT as Guardian ad Litem for "VIOLET," minor, "JANE ROE," as next friend for "PIA," a minor, "MYA," "AVA," "FIONA," "JENNY," "MARY DOE" as next friend for "ANNA, a minor" and "MARY SMITH" as next friend for "APRIL," a minor.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EUGENE EDWARD JUNG,<br><br>　　　　　　　　　Defendant. | Case No:  3:21-cv-09907<br><br>JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the *Standing Order for All Judges of the Northern District of California* and Civil Local Rule 16-9.

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER
 - 1

1. Jurisdiction & Service

The court's subject matter jurisdiction derives from this matter being based upon federal statute, specifically 18 U.S.C. 2255. Defendant has been personally served. Plaintiffs submit that no issues exist regarding personal jurisdiction. Defendant is incarcerated in the Central District of California. No other parties remain to be served.

2. Facts

Each of the plaintiffs are the subjects in series of child pornography images and videos. Defendant pleaded guilty to and was convicted of possessing and distributing child pornography including the images and videos of the plaintiffs. Plaintiffs contend that they have each suffered personal injury as a result of defendant's violation of federal child pornography law and seek liquidated damages, attorney's fees and costs as allowed by statute.

Defendant has alleged multiple affirmative defenses disputing that plaintiffs have stated a valid claim against him, that he has caused them any harm, or that they have sustained personal injuries or actual damages as a result of his conduct, that plaintiffs' injuries are the result of pre-existing conditions or caused by others, that plaintiffs have failed to mitigate their damages, and that their damages are speculative. Defendant has further alleged affirmatively that plaintiffs' claims are barred by the statutes of limitation, res judicata, and collateral estoppel; that plaintiffs have no standing, and that plaintiffs have failed to join indispensable parties.

3. Legal Issues

Plaintiffs allege that defendant must pay liquidated damages, attorney's fees and costs, based upon his admitted possession of their child sex abuse images in violation of 18 U.S.C. § 2252 (a)(2) and (b)(1), and 18 U.S.C. § 2252 (a)(4)(B) and (b)(2).

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER
- 2

Defendant alleges that because some of the Plaintiffs were the recipients of an order of restitution under which they have received restitution, they are barred from bringing a civil claim against him. Plaintiffs contend that their claims are entirely separate from and distinguishable from claims for restitution in the criminal prosecution of defendant although they acknowledge that Defendant is entitled to an offset for the restitution he has already paid the Plaintiffs.

4. <u>Motions</u>

No motions have been brought or are pending. Plaintiffs intend to bring a motion to strike certain affirmative defenses and for summary judgment.

5. <u>Amendment of Pleadings</u>

No amendments are anticipated.

6. <u>Evidence Preservation</u>

The parties do not foresee any ESI issues. Neither party has ESI information to be preserved other than the discovery which may have been received by defendant and his criminal defense attorney in the course of his criminal prosecution.

7. <u>Disclosures</u>

The parties have not yet made initial disclosures.

8. <u>Discovery</u>

No discovery has been served by either party to date.

9. <u>Class Actions</u>

This is not a class action.

10. <u>Related Cases</u>

No related case is currently pending, however, the criminal prosecution of defendant for child pornography offenses in case number 3:18-cr-00482-VC-1 was brought before this court. Defendant

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER
- 3

was sentenced on June 21, 2021, and an amended judgment providing for restitution for some of the plaintiffs was entered on June 25, 2021.

11. Relief

Plaintiffs each seek $150,000 in liquidated damages from defendant as provided for in 18 U.S.C. § 2255. Plaintiffs also seek their attorney's fees and costs as allowed by this statute.

Defendant contends that restitution has been ordered and paid through the criminal case, taking into account the defendant's financial condition, felony conviction and term of incarceration.

12. Settlement and ADR

The parties are amenable to participating in an early Settlement Conference.  However, due to communication difficulties with the Defendant who is in the custody of the Bureau of Prisons and counsels' respective schedules, the earliest time frame for a Settlement Conference would likely be in the month of September 2022.  From Plaintiffs' perspective, the informal disclosure of certain financial information by Defendant will be helpful to facilitating settlement negotiations.

13. Consent to Magistrate Judge For All Purposes

*Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.*   _X_ YES     ____ NO

14. Other References

This case is not suitable for binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues

*Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.*

Counsel intend to discuss these issues.

16. Expedited Trial Procedure

This case cannot be handled under the Expedited Trial Procedure at this time.

17. Scheduling

The parties propose the following dates:

Completion of ADR--------------------October 31, 2022

Designation of Experts-----------------November 30, 2022

Discovery cutoff-------------------------January 31, 2023

Hearing of Dispositive motions--------March 31, 2023

Pretrial conference and trial------------May 1, 2023

18. Trial

Plaintiffs request a jury trial and expects the length of trial to be two days.

Defendant requests a jury trial, and estimates the length of trial to be five days.

19. Disclosure of Non-party Interested Entities or Persons

Plaintiffs and Defendant will file the Certification of Interested Parties.

20. Professional Conduct

All attorneys have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. Other

*Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.*

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER
- 5

Dated: May 19, 2022                    /s/ John A. Kawai

                                       John A. Kawai
                                       Counsel for Plaintiffs


Dated: May 19, 2022                    /s/ Petra Reinecke

                                       Petra Reinecke
                                       Counsel for Defendant


## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

                                       _____
                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE