UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LILY, et al., | Case No. 21-cv-09907-LB |
| Plaintiffs, | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| EUGENE EDWARD JUNG, | |
| Defendant. | |

Given the parties' settlement of their case, *see* ECF No. 70, the court orders that the case be dismissed without prejudice. If any party certifies to the court within ninety days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after ninety days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 28, 2023

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 21-cv-09907-LB